JANRA ENTERPRISES,
Plaintiff–Appellant,

v.

CITY OF RENO; County of Washoe,
Defendants–Appellees.

No. 01–15040.
DC# CV–00–00529–DWH District
of Nevada (Reno).

United States Court of Appeals,
Ninth Circuit.

May 22, 2001.

Before PREGERSON, FERNANDEZ,
and WARDLAW, Circuit Judges.

ORDER

The appeal of the district court's denial of a preliminary injunction and the County's motion to dismiss the appeal as moot

* Larry G. Massanari, is substituted for his predecessor, as Acting Commissioner of the Social Security Administration. Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

are both referred to the next available merits panel for disposition. *See* 9th Cir. R. 3–3(d).